# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LEO LIONEL ALVAREZ,<br><br>    Defendant. | Case No. 2:94-cr-00218-LDG<br><br>**ORDER** |

The defendant, Leo Lionel Alvarez, has sent a letter to the Clerk of the Court requesting a suspension of the requirement that he pay a fine (#55).  The Court will treat the letter as a motion to the Court and will deny it.  Accordingly, for good cause shown,

THE COURT **ORDERS** that Defendant's Request to Suspend Payment of Fine (#55) is DENIED.

DATED this ___7___ day of February, 2013.

_____
Lloyd D. George
United States District Judge